UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-128-FtM-38UAM

VERONICA GALDAMEZ REYES

## ORDER

This matter comes before the Court on Waiver of Pre-Sentence Investigation Report (Doc. #83) filed on January 4, 2013. Defense Counsel moves the Court to waive the preparation of a Presentence Investigation Report (PSR) and expedite sentencing. As grounds, Counsel indicates that Defendant has been incarcerated since August 9, 2013. Based upon the sentencing recommendations, the Defendant may be sentenced to time served. Thus, in order to expedite sentencing, Defense Counsel seeks to waive the PSR requirement and set the case for sentencing as soon as possible. The Court, having reviewed the motion, is not inclined to waive the PSR requirement as it is a vital compilation of information useful to the Court in sentencing Defendants. The Court will, however, consider an expedited scheduling of the sentencing hearing once Probation has prepared the PSR. Accordingly, it is now

**ORDERED:**

The Waiver of Pre-Sentence Investigation Report (Doc. #83) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this January 7, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record